

Nancy V. Alquist
NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND

In Re:

NYAMAH N KOLLIEGBO  
STEPHANIE M KOLLIEGBO

Case No. 15-19938-NVA  
Chapter 13

Debtors

## ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditor(s) and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED**, that the Chapter 13 Plan filed December 07, 2015, is hereby confirmed; and it is further

**ORDERED**, that the property of the estate shall not vest in the Debtors until the Debtors are granted a discharge or the case is dismissed or otherwise terminated; and it is further

**ORDERED**, that the Debtors are directed to pay to the Trustee a lump sum of $4,800.00 for months one through four (1-4); then $1,300.00 per month for fifty-six (56) months on or before the 15th day of each month for a total period of sixty (60) months or until all allowed claims are paid in full; and it is further

**ORDERED**, that the Debtors are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

**ORDERED**, that the Debtors are directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the Debtors that shows how income, expenditures, and monthly income are

calculated; and which discloses (a) the amount and sources of the Debtors' income, (b) the identity of any person responsible with the Debtors for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which Debtors reside.

**TRUSTEE RECOMMENDATION**

The Chapter 13 Trustee represents that the plan complies with the provisions of the U.S.C. §1325 and recommends confirmation.

/s/ NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee

cc:

NYAMAH N KOLLIEGBO
STEPHANIE M KOLLIEGBO
11621 SUN CIRCLE WAY
COLUMBIA, MD  21044
*Debtors*

DAVID L. RUBEN, ESQUIRE
LAW OFFICES OF DAVID L. RUBEN
7310 RITCHIE HIGHWAY SUITE 704
GLEN BURNIE, MD  21061
*Attorney for Debtors*

NANCY L. SPENCER GRIGSBY
4201 MITCHELLVILLE RD
SUITE 401
BOWIE, MD  20716
*Trustee*

All Creditors and Parties of interest.

**END OF ORDER**