

*Nancy V. Alquist*
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND**

In Re:

**NYAMAH N KOLLIEGBO
STEPHANIE M KOLLIEGBO**

Case No. **15-19938-NVA**
Chapter 13

Debtors

**ORDER MODIFYING CHAPTER 13 PLAN**

The requested modification to the confirmed plan of the Debtors having been read and considered, notice and hearing having been provided by the Court, the requirements of Section 1322 (a), 1322 (b), 1322 (c), and 1325 (a) of the U.S. Bankruptcy Code having been met, it is

**ORDERED**, that the modification request of the Debtors is hereby approved so as to pay to the Trustee a lump sum of $54,490.00 for months one through thirty (1-30); then $2,856.00 per month for thirty-six (36) months on or before the 15th day of each month for a total period of sixty-six (66) months or until all allowed claims are paid in full; and it is further

**ORDERED**, that the Debtors are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending.

cc:

NYAMAH N KOLLIEGBO
STEPHANIE M KOLLIEGBO
11621 SUN CIRCLE WAY
COLUMBIA, MD  21044
Debtors

DAVID L RUBEN ESQUIRE
7310 RITCHIE HIGHWAY
SUITE 704
GLEN BURNIE, MD  21061
Attorney for Debtors

NANCY L. SPENCER GRIGSBY
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
Trustee

All Creditors and Parties of interest.

**END OF ORDER**